UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

YAHAMA C. RODGERS,

       Plaintiff,

 vs              6:04-CV-770

JoANNE B. BARNHART, Commissioner,
Social Security Administration,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:            OF COUNSEL:

LEGAL SERVICES OF CENTRAL NEW YORK  CHRISTOPHER CADIN, ESQ.
Attorneys for Plaintiff
Suite 300
472 South Salina Street
Syracuse, New York  13202

HON. GLENN T. SUDDABY        WILLIAM H. PEASE, ESQ.
United States Attorney          Assistant U.S. Attorney
 Northern District of New York
Attorney for Defendant
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Plaintiff, Yahama C. Rodgers, brought this action seeking judicial review pursuant to 42 U.S.C. § 405(g) of the Social Security Act.  By Report and Recommendation dated January 23, 2006, the Honorable Gustave J. DiBianco, United States Magistrate Judge, recommended that this case be reversed for an award of benefits for a closed period of April 12, 2001 to October 29, 2003.  The parties have timely filed objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which the parties have objected, the Report-Recommendation is accepted and adopted in whole.  <u>See</u> 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that this case is reversed for an award of benefits for the closed period of April 12, 2001, to October 29, 2003.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  March 16, 2006
          Utica, New York.